# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :   No. 494 WAL 2015
 :
              Respondent  :   Petition for Allowance of Appeal from
 :   the Order of the Superior Court
 :
              v.  :
 :
 :
 :
BENJAMIN J. DENNERLEIN,  :
 :
              Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.